**FILED**

**APR 0 2 2024**

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) CAUSE NO. | 1:24-cr-52-MPB-MJD |
| | ) | |
| CHRISTOPHER BYRNE, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

COUNT 1
18 U.S.C. § 922(g)(1)
Felon in Possession of Ammunition

The Grand Jury charges that:

On or about March 5, 2024, in Johnson County, Indiana, within the Southern District of Indiana, the defendant, CHRISTOPHER BYRNE, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, including: (1) Operating while Intoxicated with a Prior Conviction in Hendricks County, Indiana; (2) Operating while Intoxicated in Marion County, Indiana; (3) Carrying a Handgun without a License in Johnson County, Indiana; (4) Habitual Traffic Violator in Johnson County, Indiana; (5) Theft in Marion County, Indiana; (6) Felon in Possession of a Firearm in the United States District Court for the Southern District of Indiana; and (7) Felon in Possession of Ammunition in the United States District Court for the Southern District of Indiana, did knowingly possess ammunition, to wit, a least 1 round of Federal and Speer brand .45 caliber ammunition, said ammunition having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
FOREPERSON

ZACHARY A. MYERS
United States Attorney

By: _____
Kathryn E. Olivier
Matthew J. Rinka
Assistant United States Attorneys